UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATRICE S. WILLIAMS STEELE,<br><br>                    Plaintiff,<br><br>         -against-<br><br>COMBINED LIFE INSURANCE COMPANY OF NEW YORK CHUBB,<br><br>                    Defendant. | 1:20-CV-10252 (LLS)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued January 22, 2021, dismissing this action for lack of subject-matter jurisdiction,

     IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject-matter jurisdiction.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 24, 2021
           New York, New York

                                                            *Louis L. Stanton*
                                                             Louis L. Stanton
                                                                  U.S.D.J.